IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROY EMERY ANDREWS, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| SUPERINTENDENT GERALD ROZUM, et al., | : | NO. 10-1125 |
| Respondents. | | |

## ORDER

LEGROME D. DAVIS, J.

AND NOW, this 21st day of May, 2010, upon careful and independent consideration of the petition for Writ of *Habeas Corpus,* and after review of the Report and Recommendation of United States Magistrate Judge Linda K.Caracapa, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for Writ of *Habeas Corpus* is DENIED with prejudice.

3. There is no probable cause to issue a certificate of apppealability.

4. The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

/S/LEGROME D. DAVIS

Legrome D. Davis, J